**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OPUS EAST, L.L.C., et al., | ) | Case No. 09-12261   (MFW) |
| | ) | |
| Debtors. | ) | Jointly administered |
| _____ | ) | |
| | ) | |
| JEOFFREY L. BURTCH, CHAPTER 7 | ) | |
| TRUSTEE FOR THE ESTATE OF OPUS | ) | |
| EAST, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 11-52423   (MFW) |
| | ) | |
| OPUS, L.L.C.; OPUS CORPORATION; | ) | |
| OPUS FOUNDATION; GERALD | ) | |
| RAUENHORST 1982 IRREVOCABLE | ) | |
| TRUST F/B/O GRANDCHILDREN; THE | ) | |
| GERALD RAUENHORST 1982 | ) | |
| IRREVOCABLE TRUST F/B/O | ) | |
| CHILDREN; KEITH P. BEDNAROWSKI | ) | |
| and LUZ CAMPA as Trustees | ) | |
| thereof and individually; OPUS | ) | |
| REAL ESTATE VII, L.P.; OPUS | ) | |
| REAL ESTATE VIII, L.P.; | ) | |
| MARK RAUENHORST, individually; | ) | |
| ADLER MANAGEMENT, LLC; | ) | |
| MARSHALL M. BURTON, | ) | |
| indivudually; OPUS PROPERTY | ) | |
| SERVICES, LLC; OPUS 2, L.L.C.; | ) | |
| OPUS ARCHITECTS & ENGINEERS, | ) | |
| P.C.; OPUS ARCHITECTS & | ) | |
| ENGINEERS, INC.; OPUS CORE, | ) | |
| L.L.C.; OPUS NORTHWEST, L.L.C.; | ) | |
| OPUS DESIGN BUILD, L.L.C.; | ) | |
| OPUS DEVELOPMENT CORPORATION; | ) | |
| OPUS HOLDING, L.L.C.; OPUS | ) | |
| HOLDING, INC.; OPUS AE GROUP, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**O R D E R**

**AND NOW**, this **6th** day of **August, 2013,** upon consideration of the Second Motion to Amend the Complaint filed by the Trustee and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Trustee's Second Motion to Amend the Compliant is **GRANTED**.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Robert W. Pedigo, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and the accompanying Memorandum Opinion to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

William Bowden, Esquire
Amanda Marie Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Ave.
8th Floor, PO Box 1150
Wilmington, DE 19899
Counsel for Defendants

Dennis M. Ryan, Esquire
Jane E. Maschka, Esquire
Theresa H. Dycoschak, Esquire
Woodrow T. Roberts, Esquire
Zachary L. Stephenson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 Sounth Seventh St.
Minneapolis, MN 55402-3901
Counsel for Defendants

Christopher M. McDowell, Esquire
M. Ross Cunningham, Esquire
Rose Walker L.L.P.
3500 Maple Ave.
Suite 900
Dallas, TX 75219
Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee

Patrick J. Coffin, Esquire
Vicki L. Driver, Esquire
Coffin & Driver, PLLC
7557 Rambler Rd., Suite 110
Dallas, TX 75231
Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee

Robert W. Pedigo, Esquire
Dale R. Dube, Esquire
Cooch and Taylor
The Brandywine Building
1000 West St., 10th Floor
Wilmington, DE 19801
Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee