IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 09-12261 (MFW) |
| OPUS EAST, L.L.C., *et al.*[1], | § | |
| | § | |
| Debtors. | § | JOINTLY ADMINISTERED |
| | § | |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE ESTATE OF OPUS EAST, L.L.C., | § | |
| Plaintiff, | § | |
| v. | § | |
| OPUS, L.L.C., a Minnesota limited liability company, et al., | § | ADV. NO. 11-52423 (MFW) |
| Defendants. | § | Re: Docket Nos. 53, 89, 114, 208 |

## THIRD AMENDED RULE 16(B) SCHEDULING ORDER

The Parties, except Opus Core, L.L.C., hereby submit the following jointly proposed Third Amended Rule 16(b) Scheduling Order to apply to the above-captioned adversary proceeding. The Court approves the Third Amended Rule 16(b) Scheduling Order, and IT IS HEREBY ORDERED that:

1. **Pretrial Order and Pretrial Conference.** The Pretrial Conference shall be held on December 9, 2013 at 10:30 a.m. Plaintiff shall file the Pretrial Order pursuant to L.R. 7016-2(d) by November 20, 2013. The Parties shall meet and confer on the Pretrial Order in

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Opus East, L.L.C. (6406); Mercer Corporate Center, LLC (8810) (closed); Apple Valley II, L.L.C. (8849) (closed); APG I, L.L.C. (8527); APG II, L.L.C. (5985); 100 M St. SE L.L.C. (6235); and 1919 Market Philadelphia, L.L.C. (0677) (collectively, the "Debtors").

good faith such that Plaintiff may timely file the proposed Pretrial Order as ordered herein The description of the witnesses required in the Pretrial Order under L.R. 7016-2(d)(vii) should include a brief summary of the substance of the anticipated testimony and an estimate of the length of direct examination.

2. **Trial.** The trial will commence on December 16, 2013 at 10:00 a.m. in Courtroom 4 (5th Floor) and will continue through December 20, 2013.. In the event trial is not concluded during that week, the Court will issue a further scheduling order.

Dated: Oct. 9, 2013

_____
THE HONORABLE MARY F. WALRATH
United States Bankruptcy Court Judge